IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FARANGIZ KHAFIZOVA, *as proposed next friend of* JAVOKHIR SHODIEV, </br></br>Petitioner,</br></br>vs.</br></br>PAM BONDI, *et al.*,</br></br>Respondents. | Civil Action No. 3:25-cv-463</br>Judge Stephanie L. Haines</br>Magistrate Judge Keith A. Pesto |

## MEMORANDUM ORDER

Presently before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Farangiz Khafizova on behalf of her son Javokhir Shodiev ("Petitioner") (ECF No. 1). Khafizova asserts that the Bureau of Immigration and Customs Enforcement ("ICE") is wrongly detaining her son at the Moshannon Valley Processing Center ("MVPC") pending removal proceedings. This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On January 6, 2025, Magistrate Judge Pesto filed a Report and Recommendation (ECF No. 7) recommending that the Petition (ECF No. 1) be dismissed without prejudice because Khafizova is not a proper litigant. Khafizova or Shodiev were provided an opportunity to file objections to the Report and Recommendation within fourteen days. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. No objections were filed, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 7) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of

Magistrate Judge Pesto in this matter. Judge Pesto correctly found Khafizova to be an improper litigant on behalf of her son.

Accordingly, the following order is entered:

## ORDER

AND NOW, this 4th day of February, 2025, IT IS ORDERED that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) hereby is DENIED WITHOUT PREJUDICE; and,

IT IS FURTHER ORDERED that Magistrate Judge Pesto's Report and Recommendation (ECF No. 7) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

_____
Stephanie L. Haines
United States District Judge